FILED: January 9, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1
(3:92-cr-00068-DJN-2)
(3:20-cv-00957-DJN)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

COREY JOHNSON, a/k/a O, a/k/a CO

      Defendant - Appellant

------------------------------

THE CONSTITUTION PROJECT AT THE PROJECT ON GOVERNMENT
OVERSIGHT

      Amicus Supporting Appellant

_____

O R D E R

_____

The Constitution Project at the Project On Government Oversight has filed an

amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk