IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

|                       |     |          |
|-----------------------|-----|----------|
| In re: COREY JOHNSON  | )   |          |
|                       | )   |          |
|                       | )   | No. 21-1 |
| Movant                | )   |          |
|                       | )   |          |

**United States' Motion for Leave to File
Response Over Word Limit**

On January 8, 2021, the defendant, Corey Johnson, filed an informal preliminary brief and an accompanying stay application. (ECF Nos. 5-1, 8-1.) In several places, the defendant's stay application cross-references his informal brief, which is 8,155 words. Attached to the informal brief and stay application is over 2,000 pages of exhibits. Collectively, these pleadings exceed 5,200 words, the length for a single motion or response under Fed. R. App. P. 27(d)(2). The government's response to the defendant's stay application addresses arguments raised across all of the defendant's pleadings, including the amicus brief filed on his behalf. (ECF No. 9-1.) The government respectfully requests that the word limit for its response be increased to 7,135 words. Defense counsel does not object to this request.

1

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:          /s/
          Richard D. Cooke
          Joseph Attias
          Assistant United States Attorney
          U.S. Attorney's Office
          Eastern District of Virginia
          919 East Main Street, Suite 1900
          SunTrust Building
          Richmond, Virginia 23219
          (804) 819-5400

## Certificate of Service and Compliance

I certify that this motion does not exceed 5,200 words and complies with the requirements of Fed. R. App. P. 27. I also certify that on January 10, 2021, I filed electronically the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all counsel of record.

_____/s/_____

Joseph Attias
Assistant United States Attorney
