FILED: January 11, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1
(3:92-cr-00068-DJN-2)
(3:20-cv-00957-DJN)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

COREY JOHNSON, a/k/a O, a/k/a CO

        Defendant - Appellant

------------------------------

THE CONSTITUTION PROJECT AT THE PROJECT ON GOVERNMENT OVERSIGHT

        Amicus Supporting Appellant

_____

O R D E R

_____

Upon consideration of the government's unopposed motion for leave to file a response over the word limit, the court grants leave to file a response not in excess of 7,135 words.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk