IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | No. 21-1 |
| v. | ) | |
| | ) | |
| COREY JOHNSON, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

**United States' Motion to Expedite Stay Litigation**

The United States respectfully requests that, under Local Rule 12(c), this Court expedite briefing and a decision on defendant Corey Johnson's motion to stay his execution, which is scheduled for January 14, 2021.

Johnson was convicted in 1993 of murdering eight people. A jury imposed a death sentence on seven of Johnson's murder convictions. With one week left before his scheduled execution, Johnson has filed three stay applications in quick succession in this Court, despite never having sought such relief in the district court or seeking to expedite any of his pending appeals.[1] *See United States v. Johnson,* 20-15 (4th Cir. 2020); *In re Johnson*, 21-2 (4th Cir. 2020).

---

[1] Under Fed. R. App. P. 8(a)(1), "A party must ordinarily move first in the district court" for a stay of a judgment.  If a party does not seek a stay in the district court, then a party must "show that moving first in the district court would be impracticable."  Fed. R. App. P. 8(a)(2)(A)(i).

1

On January 7, 2021, the government sought to expedite the briefing and decisions in case numbers 21-2 and 20-15. On January 8, 2021, this Court granted the government's motion and set an expedited briefing schedule. On January 8, 2021, several hours after this Court's order granting an expedited briefing schedule, Johnson filed a third stay application in the instant case. The government responded on January 10. The defendant's failure to seek a stay in the district court and his failure to act promptly in seeking a stay from this Court create exactly the kinds of last-minute delays the Supreme Court has repeatedly criticized. *E.g.*, *Barr v. Lee*, 140 S. Ct. 2590, 2591 (2020); *Bucklew v. Precythe*, 139 S. Ct. 1112, 1134 (2019). The government has promptly responded to all of the defendant's now-pending stay applications and now seeks to extend this Court's order expediting case numbers 21-2 and 20-15 to the instant case.

The government respectfully requests that this Court order that any reply be filed by 10:00 pm on Monday, January 11, 2021. The government also respectfully requests that this Court rule by some time on Tuesday, January 12, 2021. The government makes this request so that, if either party seeks review in the United States Supreme Court, the party seeking review will be able to prepare the appropriate filings and permit the Supreme Court at least some time to consider those filings before the scheduled execution date. The proposed schedule for briefing and decision is commensurate with schedules that have been imposed by other courts

considering execution-related challenges filed so close to the scheduled execution

date. Defense counsel opposes the government's request.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s/_____

Richard D. Cooke
Joseph Attias
Assistant United States Attorneys
U.S. Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
SunTrust Building
Richmond, Virginia 23219
(804) 819-5471

## Certificate of Compliance

I certify that this motion does not exceed 5,200 words and complies with the requirements of Fed. R. App. P. 27.

_____/s/_____

Joseph Attias
Assistant United States Attorney
