**EXECUTION SCHEDULED FOR JANUARY 14, 2021**

No. 21-1

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

### UNITED STATES OF AMERICA,

**Plaintiff – Appellee,**

**v.**

**COREY JOHNSON, A/K/A O, A/K/A CO,**

**Defendant – Appellant.**

---

## OPPOSITION TO MOTION TO EXPEDITE STAY LITIGATION
## AND ALTERNATIVE SCHEDULE PROPOSAL

---

Mr. Johnson, through his undersigned counsel, hereby opposes the government's Motion to Expedite Stay Litigation (the "Motion") (Doc. 22). The government presents no compelling reason for this Court to impose a filing deadline within ten hours of its Motion given that Mr. Johnson has already filed two reply briefs today and the government waited until this afternoon to seek the relief in the Motion.

On January 7, 2021, with a filing in *United States v. Johnson*, No. 20-15, the government moved to expedite all stay litigation commenced by Mr. Johnson. (Doc. 17.)  This Court granted only partial relief, setting expedited schedules in No. 20-15 and 21-2.  This partial relief directed Mr. Johnson to file a reply in No. 20-15 at noon on the third day after the government's opposition and a reply in No. 21-2 twenty-four hours after the government's opposition.  The Court set no schedule for the government's opposition in this matter, No. 21-1, presumably because Mr. Johnson had not yet filed an opening brief.  (As part of regular efforts to keep the Court informed of anticipated filings and the timing thereof, Mr. Johnson's counsel had informed a clerk of the Court of the anticipated filing schedule for his opening brief.)

The government, without a having a court-ordered schedule, filed its Response in Opposition to Defendant's Motion to Stay Execution (the "Opposition") (No. 17) at approximately 10:00 pm on Sunday, January 10, 2021, knowing that Mr. Johnson had two reply briefs due at noon on Monday.  That night, consistent with a request to be kept informed by the parties about the status of filings, a clerk of the Court inquired of Mr. Johnson's counsel about an anticipated reply schedule.  Also that night, Mr. Johnson's counsel advised the clerk that, because of the briefing due on Monday, they expected to be able to file a reply by noon on Tuesday, roughly consistent with the scheduling set in No. 20-15.

Within approximately 30 minutes of Mr. Johnson's filing of two replies in Nos. 20-15 and 21-2, the government notified counsel, for the first time, of its intent to seek to expedite briefing in this case such that a reply would be due the same day and inquired whether counsel would consent. Within minutes, counsel advised the government that Mr. Johnson would oppose the relief sought.

The Motion imposes an unreasonable request for an expedited schedule. Counsel for Mr. Johnson has been working diligently on two reply briefs, which counsel timely filed today. This work has not permitted attention to the opposition brief that the government filed apparently on a schedule designed to make it more difficult for counsel to appropriately respond. As noted, Mr. Johnson is amenable to a reasonable acceleration of the schedule. Setting a deadline of noon on Tuesday, January 12, 2021, will allow Mr. Johnson to prepare a brief that will assist the Court in evaluating the weighty issues at hand. Mr. Johnson is, in fact, working toward that deadline, even without an order from this Court.

For the foregoing reasons, Mr. Johnson opposes the Motion and requests that the Court set a deadline for his reply to the Opposition of noon on Tuesday, January 12, 2021.

Dated: January 11, 2021                   Respectfully submitted,

/s/ David E. Carney
Donald P. Salzman
Jonathan Marcus
David E. Carney
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295
Email: David.carney@skadden.com

*Counsel for Corey Johnson*

## <u>CERTIFICATE OF COMPLIANCE</u>

1. This opposition contains 496 words, excluding the parts of the opposition exempted from the word count by Local Rule 32(f).

2. This reply complies with the font, spacing, and type size requirements set forth in Local Rule 32(a)(5) and (a)(6).

<u>/s/ David E. Carney</u>

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to all parties and counsel included on the Court's Electronic Mail notice list.

/s/ David E. Carney
David E. Carney
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7246
Fax: (202) 661-8295

Email: david.carney@skadden.com

2