FILED:  January 13, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1
(3:92-cr-00068-DJN-2)
(3:20-cv-00957-DJN)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

COREY JOHNSON, a/k/a O, a/k/a CO

      Defendant - Appellant

------------------------------

THE CONSTITUTION PROJECT AT THE PROJECT ON GOVERNMENT
OVERSIGHT

      Amicus Supporting Appellant

_____

O R D E R

_____

Upon consideration of appellant's unopposed motion for leave to file petition

for rehearing en banc over the word limit, the court grants leave to file a petition for

rehearing en banc not in excess of 4,191 words.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk